**Continuing Abatement Order filed October 13, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00383-CR
_____

### PATRICIA LYNN SWARTZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 20-CR-2075**

## CONTINUING ABATEMENT ORDER

On August 4, 2022, this appeal was abated for the trial court to conduct a hearing on appellant's claim of indigency. The requested hearing record and clerk's record have been filed. The hearing record indicates the trial court found appellant to be indigent. However, the clerk's record does not contain an order directing the reporter to transcribe the record. *See* Tex. R. App. P. 20.2.

Accordingly, we direct the trial court to enter an order reflecting its determination on appellant's claim of indigency and see that a supplemental clerk's

record containing the trial court's order is filed with this court within 30 days of the date of this order.

The appeal remains abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental clerk's record containing the trial court's order on appellant's claim of indigency is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by any party.


PER CURIAM


Panel Consists of Justices Zimmerer, Spain and Poissant.